

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-14-00036-CV

**IN THE INTEREST OF A.M.E.**

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-PA-00043
Honorable Barbara Hanson Nellermoe, Judge Presiding

PER CURIAM

Sitting:      Karen Angelini, Justice
               Sandee Bryan Marion, Justice
               Marialyn Barnard, Justice

Delivered and Filed:  April 2, 2014

DISMISSED

The trial court signed a final judgment on July 10, 2013. On January 14, 2014, appellant filed a notice of restricted appeal. A notice of restricted appeal must be filed within six months after the judgment is signed. *See* TEX. R. APP. P. 26.1(c). Therefore, the notice of appeal was due to be filed on January 10, 2014, four days before appellant filed his notice of appeal. A motion for extension of time to file the notice of appeal was due on January 27, 2014. *See* TEX. R. APP. P. 26.3. Although appellant filed a notice of appeal within the fifteen-day grace period allowed by Rule 26.3, he did not file a motion for extension of time.

A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Texas Rule of Appellate Procedure 26.1 but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of

time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) (construing the predecessor to Rule 26). However, the appellant must offer a reasonable explanation for failing to file the notice of appeal in a timely manner. *See id.*; TEX. R. APP. P. 26.3, 10.5(b)(1)(C).

Therefore, on February 24, 2014, we ordered appellant to file, within fifteen days, a response presenting a reasonable explanation for failing to file the notice of appeal in a timely manner. We explained that if appellant failed to respond within the time provided, the appeal would be dismissed. *See* TEX. R. APP. P. 42.3(c). Appellant failed to respond. We therefore dismiss this appeal.

PER CURIAM